UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-20213-PCH/BECERRA

UNITED STATES OF AMERICA,

v.

JENNIFER LYNN FREEMAN,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGES' REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on Magistrate Judge Jacqueline Becerra's Report and Recommendation on Change of Plea ("R&R") [ECF No. 31], which was filed on December 10, 2020. In the R&R, Judge Becerra found that Defendant, Jennifer Lynn Freeman ("Defendant"), knowingly and voluntarily entered a plea of guilty to Counts I, II, III, and IV of the Information filed in this case ("Information") [ECF No. 21], which charges Defendant with one count of Conspiracy to Commit Hobbs Act Robbery and three counts of Hobbs Act Robbery in violation of Title 18 U.S.C. § 1951(a). Accordingly, Judge Becerra recommends that this Court accept Defendant's guilty plea; that Defendant be adjudicated guilty of Counts I, II, III, and IV of the Information; and that a sentencing hearing be conducted for final disposition of this matter. *See* R&R at 3. The parties were afforded an opportunity to file objections to the R&R, but Defendant and the Government each filed a Notice of Non-Objection to the R&R. *See* [ECF Nos. 32, 35]. Accordingly, having reviewed the record *de novo*, it is:

**ORDERED AND ADJUDGED** that Magistrate Judge Jacqueline Becerra's Report and Recommendation on Change of Plea [ECF No. 31] is **ADOPTED** and **APPROVED** in its entirety, including all factual findings and conclusions of law. The Court **ACCEPTS**

1

Defendant's plea of guilty, and Defendant is hereby **ADJUDGED GUILTY** as to Counts I, II, III, and IV of the Information. The Court will hold a Sentencing Hearing for Defendant at a date and time to be subsequently set by the Court. Meanwhile, the United States Probation Office SHALL prepare and submit a pre-sentence investigation report.

  **DONE AND ORDERED** in Miami, Florida on December 16, 2020.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
All Counsel of Record;
Magistrate Judge Jacqueline Becerra;
U.S. Pretrial Services